**IT IS ORDERED as set forth below:**



Date: September 18, 2025

_Susan D. Barrett_
United States Bankruptcy Judge
Southern District of Georgia

___

# UNITED STATES BANKRUPTCY COURT
## Southern District of Georgia

| | |
|---|---|
| In re:<br>Michael D Williamson | Case No.: 24-10598 |
| | Judge: Susan D. Barrett |
| Debtor(s) | Chapter: 13 |

### ORDER ON TRUSTEE'S MOTION TO DISMISS

The above Motion having been considered, the same is hereby:

☐ Granted and the case is dismissed;

  ☐ With prejudice against refiling for 180 days;

  ☐ Unless Debtor converts to Chapter 7 within 14 days, $25 conversion fee is due upon filing notice of conversion;

☐ Denied.

Chapter 13 Case No.: 24-10598

Page 2

[✔] Denied on the condition that Debtor(s):

[ ] File a Modified Plan within fourteen (14) days.

[✔] Raise payments to $ 1653.00 per month for the balance of the plan;

[ ] Furnish Trustee with information sufficient to permit issuance of salary deduction order instanter.

[✔] Pay $2000.00 by September 25, 2025 ;

[ ] Pay $_____ per _____ until _____.

[ ] Makes all future payments to Trustee in a timely manner.

[ ] Continued to the _____ term of Court.

[ ] With payments of $ _____ in the interim.

[ ] Upon failure to strictly comply with any term hereof or the Plan, the Trustee shall file and serve a Notice of Non-Compliance. If no request for a hearing is filed within 14 days of the Notice of Non-Compliance, the case will be dismissed. No such request should be filed unless the Trustee's notice is factually inaccurate. The provisions of this paragraph shall expire _____ from entry of this order.

[END OF DOCUMENT]

Prepared and Consented to by:

/s/Lee RIngler
Signature

Lee RIngler
Attorney's Name for Debtor(s)

606350
Bar Number

1450 Greene Street, Ste 222
Address

Augusta, GA 30901
City, State, Zip

706-724-4000
Telephone

court@leeringler.com
Email

Consented to by:

Huon Le - Chapter 13 Trustee

By:_____
Staff Attorney
Frederick Carpenter, GA Bar Number 341438
Joseph E. Mitchell, III, GA Bar Number 513205
Brent M. Myer, GA Bar Number 435191

PO Box 2127
Augusta, GA 30903
(706) 724-1039
Correspondence@chp13aug.org

Consented to:

/s/Michael D Williamson
Debtor

_____
Co-Debtor